RONALD KING, Plaintiff, v. EES-TEE RESTAURANT, INC., Defendant and Third-Party Plaintiff-Respondent. GEORGE L. SMITH, JR., Third-Party Defendant-Appellant.—

Present
— Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.